# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Belsai Dominguez Sanchez,<br><br>                    Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Todd M. Lyons, Immigration & Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, Samuel Olson, Joel Brott, Department of Homeland Security,<br><br>                    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-3682 KMM/EMB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Belsai D.S.'s petition for a writ of habeas corpus (Dkt. 1) is **GRANTED** as follows.
2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a)(1).
3. Petitioner's remaining requests for relief are **DISMISSED**.

Date: 1/6/2026                                                                          KATE M. FOGARTY, CLERK